**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAMERON REED, ) <br> ) <br> Defendant. ) <br> _____ ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAWN KIRKMAN, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:10-mj-0196-LRL <br><br><br><br> **O R D E R** <br><br> 2:10-mj-0365-LRL |

Before the court are defendant Cameron Reed's Motion to Dismiss Counts Five and Six of the Amended Complaint (#15) and Dawn Kirkman's Motion to Dismiss Counts Three and Four of the Amended Complaint (#14). For reasons that will be set forth in a separately filed opinion,

IT IS ORDERED that Cameron Reed's Motion to Dismiss Counts Five and Six of the Amended Complaint (#15) is denied.

IT IS FURTHER ORDERED that Dawn Kirkman's Motion to Dismiss Counts Three and Four of the Amended Complaint (#14) is denied.

DATED this 3rd day of December, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**